UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

TIMOTHY CRAIG JOLLOFF, and       Case No. 2:21-bk-01052-FMD
LISA ANN JOLLOFF,

    Debtors.
                                         Chapter 7
_____/

**UNITED STATES TRUSTEE'S AMENDED
NOTICE OF ORAL EXAMINATION DIRECTED
TO THE DEBTORS PURSUANT TO FED. R. BANKR. P. 2004**

PLEASE TAKE NOTICE that Mary Ida Townson, the United States Trustee for Region 21, by and through undersigned counsel, gives notice that the oral examination of the Debtors, presently scheduled to take place on July 1, 2022, at 10:00 a.m., is postponed until further notice.

The examination of the Debtors will take place remotely, using a video connection, before a court reporter who is not in the same location as the witness.

This examination may relate to the acts, conduct, or property, or to the liabilities and financial condition of the Debtors, or to any matter which may affect the

administration of the Debtors' estate, or to the right of the Debtors' discharge, and for any other purposes permitted under the applicable governing rules.

Respectfully submitted,
Mary Ida Townson
United States Trustee--Region 21

By: /s/BENJAMIN E. LAMBERS
    Benjamin E. Lambers
    Trial Attorney
    Fla. Bar No. 774197
    501 E. Polk Street, Suite 1200
    Tampa, FL  33602
    (813)228-2000
    (813)228-2303—facsimile
    Ben.E.Lambers@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the United States Trustee's Motion for Examination has been served by electronic or United States Mail on or before June 29, 2022 on the following:

Timothy Craig Jolloff and Lisa Ann Jolloff
19451 S Tamiami Tr. Ste 12
Ste 12 PMB
Fort Myers, FL 33908-4815

Brian D. Zinn
ZinnLaw PLLC
10501 6 Mile Cypress Pkwy Ste 114
Fort Myers, FL 33966

/s/BENJAMIN E. LAMBERS
Attorney
