United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 21-01052-FMD |
| Timothy Craig Jolloff | Chapter 7 |
| Lisa Ann Jolloff | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 25, 2022 | Form ID: pdfdoc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Timothy Craig Jolloff, Lisa Ann Jolloff, 19451 S Tamiami Tr. Ste 12, Ste 12 PMB, Fort Myers, FL 33908-4815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin E. Lambers | on behalf of U.S. Trustee United States Trustee - FTM7/13  7 Ben.E.Lambers@usdoj.gov |
| Brian D. Zinn | on behalf of Debtor Timothy Craig Jolloff brian@zinn.law |
| Brian D. Zinn | on behalf of Joint Debtor Lisa Ann Jolloff brian@zinn.law |
| Dennis A Dressler | on behalf of Creditor Quality Leasing Co.  Inc ddressler@dresslerpeters.com, kpeters@dresslerpeters.com |
| Gavin Stewart | on behalf of Creditor Financial Services Vehicle Trust bk@stewartlegalgroup.com |
| Heather M Crockett | on behalf of Creditor Indiana Department of Labor heather.crockett@atg.in.gov  marie.baker@atg.in.gov |
| Howard S Toland | on behalf of Creditor Financial Pacific Leasing Inc. htoland@mitrani.com |
| Kathleen L DiSanto | |

| | | |
|---|---|---|
| District/off: 113A-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 25, 2022 | Form ID: pdfdoc | Total Noticed: 1 |

    on behalf of Creditor Phillip E Sanborn kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Thomas A Miller kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Jennifer L Sanborn kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Sofas Plus Furniture Co.  Inc. kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor SGS Properties  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Homesite Carpet & Wallcovering  Inc. kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Amelia R Miller kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Mark Edelson
    on behalf of Creditor Wintrust Specialty Finance medelson@mdattorney.com  efiling@silvermanthompson.com

Robert E Tardif, Jr.
    rtardif@comcast.net  graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.axosfs.com;ecf.alert+Tardif@titlexi.com

Robert E. Tardif, Jr.
    on behalf of Trustee Robert E Tardif  Jr. clientecf@bankruptcybodyguard.net;brigitte@bkbodyguard.com;r51944@notify.bestcase.com

Robert R Tepper
    on behalf of Creditor Quality Leasing Co.  Inc rtepper@dresslerpeters.com, rmccandless@dresslerpeters.com

Seth P. Traub
    on behalf of Creditor Brixmor/IA Rutland Plaza Shopping Center  LLC straub@slk-law.com, dmccabe@slk-law.com

United States Trustee - FTM7/13, 7
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 20

ORDERED.

Dated: July 25, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Timothy Craig Jolloff and
    Lisa Ann Jolloff,                        Case No.   2:21-bk-01052-FMD

    Debtors.                                    Chapter 7
_____/

### ORDER GRANTING THE UNITED STATES TRUSTEE'S FOURTH CONSENT MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR MOTION TO DISMISS

THIS CAUSE came on for consideration on the filing of the United States Trustee's Forth Consent Motion for Extension of Time to File Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 or Motion to Dismiss Pursuant to § 707(b) (Doc. No. 115). By submission of this order for entry, the United States Trustee submits that the Debtors consent to its form and content. The Court considered the record together with the motion and is satisfied that it is appropriate to grant the motion. Accordingly, it is

ORDERED that the deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or motion to dismiss pursuant to 11 U.S.C. § 707(b) is extended for the United States Trustee until September 30, 2022.

Copies to be served by BNC to Debtor, Debtor's counsel and the United States Trustee