UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Timothy Craig Jolloff and
    Lisa Ann Jolloff                              Case No.  2:21-bk-01052-FMD

    Debtors.                                      Chapter 7
_____/

**UNITED STATES TRUSTEE'S CONSENT MOTION
TO DISMISS CHAPTER 7 CASE
<u>WITH PREJUDICE FOR FIVE YEARS PURSUANT TO 11 U.S.C. § 707(a)</u>**

      Mary Ida Townson, United States Trustee for Region 21, through the undersigned counsel, moves this Court for an order dismissing this case pursuant to 11 U.S.C. § 707(a).  In support of the motion, the United States Trustee respectfully states as follows:

      1.     The Debtors consent to the dismissal of this case with prejudice with a prohibition against filing a voluntary bankruptcy petition under any chapter for five years from the entry of the order dismissing the case.  The Chapter 7 trustee, Robert E Tardif, Jr., and Quality Leasing Co., Inc. have no objection to the dismissal of the case.

      2.     The Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1) and 28 U.S.C. § 151.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B).  This motion is filed pursuant to 11 U.S.C. § 707(a).

3. On August 13, 2021, the Debtors filed a voluntary petition under chapter 13 of Title 11, United States Code. On October 17, 2021, the case was converted to chapter 7.

4. The parties are consenting to dismissal under 11 U.S.C. §707(a)—not under 11 U.S.C. § 707(b). Further the Debtors are not being denied a discharge pursuant to 11 U.S.C. §727(a).

5. The United States Trustee preserves and does not waive her right to amend this paper or raise any other issues as may be needed to be presented at a hearing in this matter.

6. The Debtors further acknowledge that United States Trustee has not threatened, made, and/or given any other representations, promises, inducements, offers, or rewards, and/or given or promised to give any other consideration of any kind whatsoever to the Debtors, and/or anyone else on their behalf.

WHEREFORE, the United States Trustee moves this Court, pursuant to 11 U.S.C. § 707(a), to dismiss this chapter 7 case and grant such other and further relief that the Court may deem appropriate.

    Respectfully submitted,
MARY IDA TOWNSON
U.S. Trustee--Region 21

By: /s/BENJAMIN E. LAMBERS
    Benjamin E. Lambers
    Trial Attorney
    Fla. Bar No. 774197
    501 E. Polk Street, Suite 1200
    Tampa, FL  33602
    (813)228-2000
    (813)228-2303--facsimile
    Ben.E.Lambers@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing United States Trustee's Motion to Dismiss Chapter 7 Case has been sent by electronic or regular U.S. Mail to the parties listed below on or before August 24, 2022.

Timothy Craig Jolloff
Lisa Ann Jolloff
19451 S Tamiami Tr. Ste 12
Ste 12 PMB
Fort Myers, FL 33908-4815

Brian D. Zinn
ZinnLaw PLLC
10501 6 Mile Cypress Pkwy Ste 114
Fort Myers, FL 33966

Robert E Tardif, Jr.
Post Office Box 2140
Fort Myers, FL 33902

Dennis A Dressler
Dressler & Peters LLC
70 W. Hubbard St
Chicago, IL  60654

                                              /s/BENJAMIN E. LAMBERS
                                                          Attorney