ORDERED.

**Dated:  August 25, 2022**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Timothy Craig Jolloff and
    Lisa Ann Jolloff                         Case No.  2:21-bk-01052-FMD
                                                           Chapter 7

    Debtors.
_____/

## CONSENT ORDER DISMISSING
## CHAPTER 7 CASE WITH PREJUDICE FOR FIVE YEARS

THIS CAUSE came on for consideration without a hearing on the United States Trustee's Consent Motion to Dismiss Chapter 7 Case (Doc. 121) ("Motion"). The United States Trustee represents that the Debtors, the Chapter 7 Trustee, and Quality Leasing Co., Inc. ("Quality") have agreed to the form and content of the order. The

Court found that no order discharging the Debtors' obligations has yet been entered, and that it is not the intent of the parties to dismiss this case pursuant to 11 U.S.C. §707(b) or to declare that the Debtors are denied a discharge pursuant to 11 U.S.C. §727(a). The Court considered the Motion and the record and determined the Motion should be granted.  Accordingly, it is **ORDERED** that:

1. The Motion is granted pursuant to 11 U.S.C. § 707(a).

2. The case styled *Timothy Craig Jolloff and Lisa Ann Jolloff,* case number 2:21-bk-01052-FMD, is hereby **DISMISSED** with prejudice, as follows:  the Debtors are prohibited from filing a voluntary petition under any bankruptcy chapter for five years from the date of the entry of this order.

3. No discharge order will be entered in this case.

4. The automatic stay of 11 U.S.C. §362(a) is terminated.

5. All hearings and examinations under Rule 2004 scheduled in connection with this bankruptcy case are cancelled.

Copies to be served by the Clerk on Debtors, Debtors' Attorney, United States Trustee, All Creditors