United States Bankruptcy Court

Middle District of Florida

In re:                                                                                                                    Case No. 21-01052-FMD

Timothy Craig Jolloff                                                                                       Chapter 7

Lisa Ann Jolloff

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-2                            User: admin                                      Page 1 of 4

Date Rcvd: Aug 26, 2022                  Form ID: pdfdoc                             Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Timothy Craig Jolloff, Lisa Ann Jolloff, 19451 S Tamiami Tr. Ste 12, Ste 12 PMB, Fort Myers, FL 33908-4815 |
| cr | | Amelia R Miller, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | Brixmor/IA Rutland Plaza Shopping Center, LLC, Shumaker Loop & Kendrick, LLP, c/o Seth P. Traub, Esq., 101 E. Kennedy Boulevard, Suite 2800 Tampa, FL 33602-5153 |
| cr | + | Financial Pacific Leasing Inc., c/o Howard S. Toland, Esq., Mitrani, Rynor, Adamsky & Toland, P.A., 1200 Weston Road, Penthouse Weston, FL 33326-1987 |
| cr | + | Financial Services Vehicle Trust, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | | Homesite Carpet & Wallcovering, Inc., c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | La Italia Mia, Inc., 2209 Krause Road, Onalaska, WI 54650-8939 |
| cr | | Phillip E Sanborn, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | + | Quality Leasing Co., Inc, c/o Dennis Dressler, Dressler Peters LLC, 70 W. Hubbard St., Suite 200 Chicago, IL 60654-5677 |
| cr | | SGS Properties, LLC, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | | Sofas Plus Furniture Co., Inc., c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| cr | | Thomas A Miller, c/o Bush Ross, P.A., Attn. Kathleen L. DiSanto, Esq., PO Box 3913, Tampa, FL 33601-3913 |
| 29744986 | + | 1st Source Bank, 100 N. Michigan Street, South Bend, IN 46601-1600 |
| 29651844 | + | 1stSource Bank, 104 S Jackson St, Auburn, IN 46706-2270 |
| 29651847 | + | Bob and Bev Jolloff, 440 Lane 101, Jimmerson Lake, Angola, IN 46703-8012 |
| 29843467 | + | Brixmor Property Group, 1003 Holcomb Woods Pkwy, Roswell, GA 30076-2738 |
| 29887305 | + | Brixmor/IA Rutland Plaza Shopping Center, LLC, c/o Seth P. Traub, Esq., Shumaker, Loop & Kendrick, LLP, 101 E. Kennedy Boulevard, Suite 2800 Tampa, FL 33602-5153 |
| 29843461 | + | Brixmore/IA Rutland Plaza, c/o Brixmor Property Group, 450 Lexington Ave., 13th fl, New York, NY 10017-3956 |
| 29651848 | + | Bruce Miller, 1726 Sutton Circle Dr. S, Bluffton, IN 46714-1139 |
| 29651849 | + | Ceres Solutions Cooperative, c/o Beers Mallers Backs, 110 W Berry St. #1100, Fort Wayne, IN 46802-2368 |
| 29703452 | + | Ceres Solutions Cooperative, Inc., 110 W Berry St, Ste 1100, Fort Wayne, IN 46802-2368 |
| 29843460 | + | Cindy Miller, 11080 N. State Rd 1, Ossian, IN 46777-9733 |
| 29668459 | | Douglas S. Evans, Evans & Green LLP, PO Box 10545, Springfield, MO 65808-0545 |
| 29651852 | + | First Fed Svgs Bank Angola, 212 E. Maumee St., Angola, IN 46703-1997 |
| 29976039 | + | Heather M. Crockett, Deputy Attorney General, Attorney General of Indiana, 302 W. Washington St., IGCS-5th Floor, Indianapolis, IN 46204-4701 |
| 29843469 | + | Homesite Carpet and Wallcove, c/o Eberhard Weimer & Glick, 1504 N Wayne St., Suite A, Angola, IN 46703-2307 |
| 29651856 | + | IOU Financial, 600 TownPark Lane #100, Kennesaw, GA 30144-3736 |
| 29651854 | + | Indiana Dept of Labor, Indiana Attorney General, 302 W Washington St, Indianapolis, IN 46204-4701 |
| 29651857 | + | Jarred Ganczak, 3215 Bellshire Way, Fort Wayne, IN 46815-6513 |
| 29651858 | + | Jarrod Gerber, 855 Parkway Dr., Bluffton, IN 46714-2819 |
| 29651859 | + | Jim Scott, 23560 Ranch Rd., Elkhart, IN 46516-6164 |
| 29843463 | + | John C. Turbiak, Inc., 4417 Worcester Rd., Sarasota, FL 34231-7548 |
| 29651860 | + | Karl A. Schultise, c/o Barrett McNagny, 215 E. Berry St., Fort Wayne, IN 46802-2705 |
| 29651862 | + | Kim and Lisa Troxel, 1580 Pine Valley Dr., Fort Myers, FL 33907-8065 |
| 29830344 | + | La Italia Mia, Inc., c/o Buddy D. Ford, Esquire, 9301 West Hillsborough Ave., Tampa, FL 33615-3008 |
| 29742067 | + | Law Office of Joshua Twombley, 515 W. Sycamore, Kokomo, IN 46901-4547 |
| 29766653 | + | Live Oak Banking Company, 1741 Tiburon Drive, Wilmington, NC 28403-6244 |

Case 2:21-bk-01052-FMD    Doc 123    Filed 08/28/22    Page 2 of 6

| District/off: 113A-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: pdfdoc | Total Noticed: 80 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 29651865 | + | MRK Delivery Inc., 2880 W. 300 S., Kokomo, IN 46902-4744 |
| 29843459 | + | Malt Realty, 1614 Colonial Blvd. #102, Fort Myers, FL 33907-1135 |
| 29736739 | + | Mark Edelson, Silverman Thompson Slutkin & White LLC, 201 North Charles Street, 26th Floor, Baltimore, MD 21201-4149 |
| 29716388 | #+ | Mark Edelson, Esquire, Silverman Thompson Slutkin White, LLC, 201 N. Charles Street, Ste 2600, Baltimore, MD 21201-4109 |
| 29651864 | + | McIntosh Energy, 1923 Bremer Rd., Fort Wayne, IN 46803-3002 |
| 29711178 | + | McIntosh Energy Company, Inc., Beckman Lawson, LLP (DMM), 201 West Wayne Street, Fort Wayne, IN 46802-3605 |
| 29651866 | + | Nicholas Hester, 2880 W. 300 S., Kokomo, IN 46902-4744 |
| 29651867 | | O'Reilly Automotive Stores, c/o Evans & Green, Bldg F, 1615 S. Ingram Mill Rd, PO Box 10545, Springfield, MO 65808-0545 |
| 29843466 | + | Phillip & Jennifer Sanborn, c/o Eberhard Weimer & Glick, 1504 N Wayne St., Suite A, Angola, IN 46703-2307 |
| 29651869 | + | Quality Leasing Co., 9830 Bauer Dr. E, Indianapolis, IN 46280-1972 |
| 29735060 | + | Quality Leasing Co., Inc., c/o Dennis A. Dressler, Dressler Peters, LLC, 70 W. Hubbard St., Ste. 200, Chicago, IL 60654-5677 |
| 29651870 | + | Randy Blank, 3450 N Bayview Rd, Angola, IN 46703-9075 |
| 29651871 | + | Roger and Tina Smith, c/o Andrew Barker, Esq., 6402 Oaklandon Rd., Indianapolis, IN 46236-2961 |
| 29843458 | + | SGS Properties LLC, c/o Eberhard Weimer & Glick, 1504 N Wayne St, Suite A, Angola, IN 46703-2307 |
| 29843464 | + | Sofas Plus Furniture Inc., c/o Eberhard Weimer & Glick, 1504 N Wayne St, Suite A, Angola, IN 46703-2307 |
| 29651873 | + | Stan and Janahn Sinn, 26941 Hickory Blvd., Bonita Springs, FL 34134-8306 |
| 29651874 | + | Steuben County Treasurer, 317 S Wayne St., Ste 2-K, Angola, IN 46703-1996 |
| 29651875 | + | Steve Huggins, 1723 E 350 N, Bluffton, IN 46714-9257 |
| 29716118 | + | Steven R. Huggins, c/o Burt, Blee, Dixon, Sutton & Bloom, L, 200 E. Main Street, Suite 1000, Fort Wayne, IN 46802-1998 |
| 29651876 | + | The Business Backer, 10856 Reed Hartman Hwy #100, Cincinnati, OH 45242-0209 |
| 29843465 | + | Thomas and Amelia Miller, 55 Lane 755A Snow Lake, Fremont, IN 46737-9766 |
| 29722248 | | U.S. Bank National Association dba Elan Financial, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 29716117 | + | Wesley N. Steury, 200 E. Main Street, Suite 1000, Fort Wayne, IN 46802-1998 |
| 29651878 | | Wintrust Specialty Finance, c/o Hemar Rousso & Heald, 15910 Ventura Blvd, 12th fl, Encino, CA 91436-2829 |
| 29736740 | #+ | Wintrust Specialty Finance, Silverman Thompson Slutkin & White, LLC, 201 North Charles Street, Suite 2600, Baltimore, MD 21201, Baltimore, MD 21201-4109 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2022 21:50:10 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2022 21:50:18 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: INAGBankruptcy@atg.in.gov | Aug 26 2022 21:46:00 | Indiana Department of Labor, c/o Indiana Attorney General, 302 W. Washington St., IGCS-5th Floor, Indianapolis, IN 46204-4701 |
| 29651846 | | Email/Text: djueschke@apfinancing.com | Aug 26 2022 21:46:00 | Allegiant Partners Inc., 123 SW Columbia St., Bend, OR 97702 |
| 29651845 | + | Email/Text: fileroom@rubin-levin.net | Aug 26 2022 21:46:00 | Allegiant Partners Inc., c/o Rubin & Levin, 135 N Pennsylvania St #1400, Indianapolis, IN 46204-2489 |
| 29712565 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 26 2022 21:50:18 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29682523 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 26 2022 21:50:18 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 29651850 | | Email/Text: mrdiscen@discover.com | Aug 26 2022 21:46:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 29651843 | | Email/Text: OGCBankruptcy@floridarevenue.com | Aug 26 2022 21:46:00 | Department of Revenue, PO Box 6668, Tallahassee, FL 32314-6668 |
| 29697646 | | Email/Text: mrdiscen@discover.com | Aug 26 2022 21:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 29651851 | + | Email/Text: dmckittrick@finpac.com | Aug 26 2022 21:46:00 | Financial Pacific Leasing, 3455 S 344th Way |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | #300, Auburn, WA 98001-9546 |
| 29651853 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Aug 26 2022 21:46:00 | Forward Financing LLC, 53 State St, 20th floor, Boston, MA 02109-3204 |
| 29651842 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2022 21:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29651861 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 26 2022 21:46:00 | Key Bank, 1901 N Wayne St., Angola, IN 46703-9101 |
| 29651868 | | Email/Text: ffbcollectiondepartment@first-fed.com | Aug 26 2022 21:46:00 | Premier Bank, PO Box 248, Defiance, OH 43512-0248 |
| 29651872 | | Email/Text: bankruptcynotices@sba.gov | Aug 26 2022 21:46:00 | SBA, PO Box 3918, Portland, OR 97208-3918 |
| 29651877 | + | Email/Text: bankruptcy@trfcu.org | Aug 26 2022 21:46:00 | Three Rivers FCU, 301 W Jefferson Blvd, Fort Wayne, IN 46802-3043 |
| 29735446 | + | Email/Text: bankruptcy@trfcu.org | Aug 26 2022 21:46:00 | Three Rivers Federal Credit Union, PO BOX 2573, Fort Wayne, IN 46801-2573 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Jennifer L Sanborn |
| cr | | Wintrust Specialty Finance |
| 29663548 | *P++ | ALLEGIANT PARTNERS INC, 123 SW COLUMBIA STREET, BEND OR 97702-3609, address filed with court:, Allegiant Partners, Inc, 123 SW Columbia Street, Bend, OR 97702 |
| 29651855 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 29843462 | ##+ | La Italia Mia, Inc., 12824 88th Ave., Seminole, FL 33776-2707 |
| 29843468 | ##+ | La Italia Mia, Inc., c/o Pat & Suzette Reilley, 16454 Usimaki Rd., Lanse, MI 49946-8012 |
| 29651863 | ##+ | Larry and Teresa Bruellman, 542 Avellino Isles Cr #10301, Naples, FL 34119-2405 |

TOTAL: 2 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2022                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin E. Lambers | on behalf of U.S. Trustee United States Trustee - FTM7/13  7 Ben.E.Lambers@usdoj.gov |
| Brian D. Zinn | on behalf of Joint Debtor Lisa Ann Jolloff brian@zinn.law  tracey@zinn.law |

| District/off: 113A-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: pdfdoc | Total Noticed: 80 |

Brian D. Zinn
    on behalf of Debtor Timothy Craig Jolloff brian@zinn.law  tracey@zinn.law

Dennis A Dressler
    on behalf of Creditor Quality Leasing Co. Inc ddressler@dresslerpeters.com, kpeters@dresslerpeters.com

Gavin Stewart
    on behalf of Creditor Financial Services Vehicle Trust bk@stewartlegalgroup.com

Heather M Crockett
    on behalf of Creditor Indiana Department of Labor heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Howard S Toland
    on behalf of Creditor Financial Pacific Leasing Inc. htoland@mitrani.com

Kathleen L DiSanto
    on behalf of Creditor Thomas A Miller kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Jennifer L Sanborn kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Sofas Plus Furniture Co. Inc. kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor SGS Properties  LLC kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Homesite Carpet & Wallcovering  Inc. kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Amelia R Miller kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto
    on behalf of Creditor Phillip E Sanborn kdisanto@bushross.com  bnkecf@bushross.com;ksprehn@bushross.com

Mark Edelson
    on behalf of Creditor Wintrust Specialty Finance medelson@mdattorney.com  efiling@silvermanthompson.com

Robert E Tardif, Jr.
    rtardif@comcast.net  graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.axosfs.com;ecf.alert+Tardif@titlexi.com

Robert E. Tardif, Jr.
    on behalf of Trustee Robert E Tardif  Jr. clientecf@bankruptcybodyguard.net;brigitte@bkbodyguard.com;r51944@notify.bestcase.com

Robert R Tepper
    on behalf of Creditor Quality Leasing Co. Inc rtepper@dresslerpeters.com, rmccandless@dresslerpeters.com

Seth P. Traub
    on behalf of Creditor Brixmor/IA Rutland Plaza Shopping Center  LLC straub@slk-law.com, dmccabe@slk-law.com

United States Trustee - FTM7/13, 7
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 20

ORDERED.

Dated:  August 25, 2022

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Timothy Craig Jolloff and
    Lisa Ann Jolloff                           Case No.  2:21-bk-01052-FMD
                                                          Chapter 7

    Debtors.
_____/

**CONSENT ORDER DISMISSING
<u>CHAPTER 7 CASE WITH PREJUDICE FOR FIVE YEARS</u>**

THIS CAUSE came on for consideration without a hearing on the United States Trustee's Consent Motion to Dismiss Chapter 7 Case (Doc. 121) ("Motion").  The United States Trustee represents that the Debtors, the Chapter 7 Trustee, and Quality Leasing Co., Inc. ("Quality") have agreed to the form and content of the order.  The

Court found that no order discharging the Debtors' obligations has yet been entered, and that it is not the intent of the parties to dismiss this case pursuant to 11 U.S.C. §707(b) or to declare that the Debtors are denied a discharge pursuant to 11 U.S.C. §727(a). The Court considered the Motion and the record and determined the Motion should be granted.  Accordingly, it is **ORDERED** that:

1. The Motion is granted pursuant to 11 U.S.C. § 707(a).

2. The case styled *Timothy Craig Jolloff and Lisa Ann Jolloff,* case number 2:21-bk-01052-FMD, is hereby **DISMISSED** with prejudice, as follows:  the Debtors are prohibited from filing a voluntary petition under any bankruptcy chapter for five years from the date of the entry of this order.

3. No discharge order will be entered in this case.

4. The automatic stay of 11 U.S.C. §362(a) is terminated.

5. All hearings and examinations under Rule 2004 scheduled in connection with this bankruptcy case are cancelled.

Copies to be served by the Clerk on Debtors, Debtors' Attorney, United States Trustee, All Creditors